HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN #90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
ETHAN MAYS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ETHAN MAYS,<br><br>Defendant. | Case No.  6:25-mj-00053-HBK<br><br>REQUEST FOR REMOTE APPEARANCE; AND ORDER GRANTING<br><br> (Doc. 10)<br><br>Date:   March 10, 2026<br>Time:  10:00 a.m.<br>Judge: Hon. Helena Barch-Kuchta |

Defendant Ethan Mays, by and through counsel, Assistant Federal Defender Lisa N. Lumeya, hereby requests that the Court permit him to appear by Zoom application at his second status conference scheduled for March 10, 2026, at 10:00 a.m.  In support of this request, Mr. Mays states:

Mr. Mays appeared before this Court for an initial appearance in the instant case on November 12, 2025.  ECF No. 2.  The government charged Mr. Mays in a three-count Complaint upon which he was arraigned.  As reflected by the Court docket, Mr. Mays was granted a Rule 43 waiver.  *Id.*  Following his initial proceedings, Mr. Mays returned to his home residence in Florida. Although undersigned counsel may appear on Mr. Mays's behalf pursuant to the Rule 43 waiver, Mr. Mays respectfully requests that the Court facilitate his ability to attend these non-mandatory hearings through out-of-state appearance given his out of state residence.  *See* ECF No. 7.

//

For the foregoing reasons, Mr. Mays respectfully requests that this Court permit him to appear remotely for his status conference on March 10, 2026.  Should this Court be inclined to grant him permission to appear remotely, Mr. Mays has been apprised of his responsibility to be on time, and in a quiet, well-lit room with appropriate court attire and no interruptions.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 22, 2026

/s/ Lisa Ndembu Lumeya
LISA N. LUMEYA
Assistant Federal Defender
Attorney for Defendant
ETHAN MAYS

**O R D E R**

The Court grants defendant Ethan Mays's motion for a remote appearance (Doc. 10) at the March 10, 2026, status conference. Although Mr. Mays was granted a Rule 43 waiver, he may appear via Zoom using the link authorized by the Court.

Dated:    January 22, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Mays / Motion for Remote Appearance

-2-